Susan F. Anderson et al., Respondents, *v.* Charles W. H. Carter, Appellant, Impleaded with Others.

*Anderson* v. *Carter*, 24 App. Div. 462, affirmed.
(Submitted December 6, 1900; decided December 21, 1900.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 23, 1898, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term, and an order denying a motion for a new trial.

*Jones & Townsend* for appellant.

*William Kernan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Not sitting: GRAY, J.